IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | | |
|---|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | No. | 20-3094 |
| CONIN CONTRACTOR SERVICES, INC. | ) ) | | |
| Defendant. | ) | | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, by their respective attorneys, hereby jointly move the Court for, and stipulate to, the dismissal with prejudice of plaintiff's complaint, and in support thereof state as follows:

1. The parties have reached a resolution to the matters asserted in plaintiff's complaint.

2. The parties hereby stipulate to the dismissal with prejudice of plaintiff's complaint, with each party to pay its own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to their settlement agreement.

WHEREFORE, the parties jointly request this Honorable Court enter an Order dismissing this matter in its entirety with prejudice, with each party to pay its own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to their settlement agreement, and granting the parties such further and other relief as may be just and proper.

Respectfully submitted:

By:   s/ John P. Leahy
John P. Leahy
CAVANAGH & O'HARA LLP

        2319 W. Jefferson Street
        Springfield, IL 62702
        (217) 544-1771 – Telephone
        (217) 544-9894 – Facsimile
        johnleahy@cavanagh-ohara.com
        Attorneys for Plaintiffs

By:   s/ Todd A. Miller (w/consent)
        Todd A. Miller
        ALLOCCO, MILLER & CAHILL, P.C.
        20 N. Wacker Drive, Suite 3517
        Chicago, IL 60606-2806
        (312) 675-4325 – Telephone
        (312) 675-4326 – Facsimile
        tam@alloccomiller.com
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Megan Marie Moore
mmm@alloccomiller.com

        s/ John P. Leahy
        JOHN P. LEAHY
        CAVANAGH & O'HARA LLP
        2319 W. Jefferson Street
        Springfield, IL 62702
        (217) 544-1771 – Telephone
        (217) 544-9894 – Facsimile
        johnleahy@cavanagh-ohara.com